**COMMONWEALTH of Pennsylvania,
Appellee**

v.

**Jerome PASSARELLI, Appellant.**

Supreme Court of Pennsylvania.

Argued May 15, 2003.
Decided June 5, 2003.

Albert Joseph Flora, Wilkes Barre, for Jerome Passarelli, Appellant.

Gerald Frank Idec, George Paul Skumanick, Tunkhannock, for the Com., Appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

The Order of the Superior Court is affirmed.